

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00002-CV

MONTGOMERY PIKE BURKHART, SR., Appellant

V.

SS FAMILY LIMITED PARTNERSHIP AND
THE SMART WAGON CORPORATION, Appellees

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 91087

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:    January 30, 2023
Date Decided:    January 31, 2023